IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TIMMIE MARTIN, Inmate #N-51443,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 11-cv-942-JPG |
| | ) |
| **DEREK FLATT, et al.,** | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter is before the Court for case management. On October 19, 2011, Plaintiff was ordered to pay the $350.00 filing fee in this case or file a motion for leave to proceed *in forma pauperis* not later than November 10, 2011 (Doc. 1). This date has since passed and Plaintiff has not filed a motion for leave to proceed *in forma pauperis* or tendered the filing fee in full to this Court. As a result, **IT IS HEREBY ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for failure to comply with an order of this Court. **Fed.R.Civ.P.** 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

DATED:  November 30, 2011

      *s/J. Phil Gilbert*
      **United States District Judge**